IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUDY TELLEZ,

      Plaintiff,                      No. 2:10-cv-0661 JAM KJN P

    vs.

GREEN, et al.,

      Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        By order filed April 23, 2010, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted.  On May 18, 2010, plaintiff was granted a thirty day extension of time to file an amended complaint.  The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served

1

within fourteen days after service of the objections. Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 28, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tel661.fta